Rayma Church, No. 154897
LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendants, Xium Corporation
And Xedia Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HUNTING and LORRAINE HUNTING,<br><br>             Plaintiffs,<br>    vs.<br><br>XIUM CORPORATION, XEDIA TECHNOLOGIES, INC. and Does 1 to 50,<br><br>            Defendants. | Case No. 1:10-CV-01844 AWI JLT<br><br>**ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

IT IS HEREBY ORDERED that the settlement conference heretofore scheduled for February 2, 2012 before the Honorable Jennifer L. Thurston, will be continued to March 29, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:    **January 27, 2012**          /s/ Jennifer L. Thurston
                                                   UNITED STATES MAGISTRATE JUDGE