IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JASON HUNTING, et. al,<br><br>            Plaintiffs,<br>    v.<br><br>XIUM CORP, et. al,<br><br>            Defendants. | Case No. 1:10-cv-01844-AWI-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 48). |
|---|---|

    On May 3, 2012, Plaintiff notified the Court that the matter had been settled. (Doc. 48). Pursuant to this Court's Local Rule 160, this Court ORDERS:

    1.    No later than June 1, 2012, the parties SHALL file a stipulated request for dismissal;

    2.    All pending dates, motions, conferences and hearings, including the pretrial conference and trial date, are VACATED;

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rules 110, 160.


IT IS SO ORDERED.

    Dated:   **May 4, 2012**                        **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE