IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HUNTING, et. al, | Case No. 1:10-cv-01844-AWI-JLT |
| Plaintiffs,<br>v. | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| XIUM CORP, et. al, | (Doc. 49) |
| Defendants. | |

On May 3, 2012, Plaintiff notified the Court that the matter had been settled. (Doc. 48). When the parties failed to file the request for the dismissal timely, on June 4, 2012, the Court issued an order to show cause re: sanctions. (Doc. 50) On June 7, 2012, the parties filed the request for dismissal. (Doc. 51) Therefore, the order to show cause is **DISCHARGED**.

If counsel have not yet lodged their proposed order dismissing the matter, they **SHALL** do so within one court day to AWIOrders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  **June 8, 2012**                    /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE