**The Law Offices Of
Young Wooldridge, LLP
1800 30th Street, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 327-9661
Fax: (661) 327-1087
E-mail: youngwooldridge@youngwooldridge.com**

Greg A. Muir, SBN 106077
Attorneys for Plaintiff, JASON HUNTING; LORRAINE HUNTING

**Green & Hall, APC
2999 Douglas Blvd., Suite 220
Roseville, CA 95661
Telephone: (916) 367-7098
Fax: (916) 367-7491**

John G. Roussas, Esq.
Attorney for defendants, XIUM CORP.; XEDIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HUNTING, LORRAINE HUNTING; et al<br><br>Plaintiff,<br>vs.<br>XIUM CORPORATION.; et al<br><br>Defendant(s). | Case No. 1:10-cv-01844-AWI-JLT<br><br>STIPULATION AND ORDER FOR DISMISSAL<br><br>Courtroom: 3<br>Judge: Anthony W. Ishi |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to a Confidential Release and Settlement Agreement between Defendants, XIUM CORPORATION AND XEDIA and Plaintiffs JASON HUNTING and LORRAINE HUNTING, the parties hereby stipulate and request that all parties and claims be dismissed with prejudice in the above-entitled action.  See Fed. R. Civ. P. 41(a)(1) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed.)

///

///

///

|  |  |
|---|---|
| Dated: June 4, 2012 | THE LAW OFFICES OF<br>YOUNG WOOLDRIDGE, LLP |
|  | By /s/Greg A. Muir<br>    Greg A. Muir<br>    Attorneys for Plaintiff(s) |
| Dated: June 5, 2012 | GREEN & HALL, APC |
|  | By /s/ John G. Roussas<br>    John G. Roussas, Esq.<br>    Attorney for Defendants XIUM CORP/XEDIA |
| Dated: June 5, 2012 | EMERSON, COREY, SORENSEN, CHURCH & LIBKE |
|  | By /s/ Rayma Church<br>    Rayma Church<br>    Attorney for Defendants, XIUM CORP./XEDIA |
| Dated: June 5, 2012 | STATE COMPENSATION INSURANCE FUND |
|  | By /s/ Gary L. Frank<br>    Gary L. Frank<br>    Attorney for Lien Claimant, Braaten Electric |

## **ORDER**

IT IS HEREBY ORDERED that the complaint and any and all claims for relief in the above referenced matter, USDC ED Cal. Case No. 1:10-CV-01844-AWI-JLT, are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  June 12, 2012                                   _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE