1  **The Law Offices Of**
   **Young Wooldridge, LLP**
2  **1800 30th Street, Fourth Floor**
   **Bakersfield, CA 93301**
3  **Telephone: (661) 327-9661**
   **Fax: (661) 327-1087**
4  **E-mail: youngwooldridge@youngwooldridge.com**

5  Greg A. Muir, SBN 106077
   Attorneys for Plaintiff, JASON HUNTING; LORRAINE HUNTING

6

7  **Green & Hall, APC**
   **2999 Douglas Blvd., Suite 220**
   **Roseville, CA 95661**
8  **Telephone: (916) 367-7098**
   **Fax: (916) 367-7491**

9

10 John G. Roussas, Esq.
   Attorney for defendants, XIUM CORP.; XEDIA

11

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

14 JASON HUNTING, LORRAINE           Case No. 1:10-cv-01844-AWI-JLT
   HUNTING; et al
15                                   STIPULATION AND ORDER FOR
              Plaintiff,             DISMISSAL
16      vs.

17 XIUM CORPORATION.; et al          Courtroom: 3
                                     Judge: Anthony W. Ishi
18            Defendant(s).

19      TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20      Pursuant to a Confidential Release and Settlement Agreement between Defendants,

21 XIUM CORPORATION AND XEDIA and Plaintiffs JASON HUNTING and LORRAINE

22 HUNTING, the parties hereby stipulate and request that all parties and claims be dismissed

23 with prejudice in the above-entitled action. See Fed. R. Civ. P. 41(a)(1) (requiring stipulation

24 for voluntary dismissals after responsive pleadings have been filed.)

25

26 ///

27 ///

28 ///

| | |
|---|---|
| Dated:  June 4, 2012 | THE LAW OFFICES OF<br>YOUNG WOOLDRIDGE, LLP |
| | By  /s/Greg A. Muir<br>     Greg A. Muir<br>     Attorneys for Plaintiff(s) |
| Dated:  June 5, 2012 | GREEN & HALL, APC |
| | By  /s/ John G. Roussas<br>     John G. Roussas, Esq.<br>     Attorney for Defendants XIUM CORP/XEDIA |
| Dated:  June 5, 2012 | EMERSON, COREY, SORENSEN, CHURCH & LIBKE |
| | By  /s/ Rayma Church<br>     Rayma Church<br>     Attorney for Defendants, XIUM CORP./XEDIA |
| Dated:  June 5, 2012 | STATE COMPENSATION INSURANCE FUND |
| | By  /s/ Gary L. Frank<br>     Gary L. Frank<br>     Attorney for Lien Claimant, Braaten Electric |

## **ORDER**

IT IS HEREBY ORDERED that the complaint and any and all claims for relief in the above referenced matter, USDC ED Cal. Case No. 1:10-CV-01844-AWI-JLT, are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   June 12, 2012                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL

3